**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

MARCOS CALCANO, *on behalf of himself and all other persons similarly situated,*

                      Plaintiff,

      -against-                             19 **CIVIL** 10536 (GHW)

                                             **JUDGMENT**

SWAROVSKI NORTH AMERICA LIMITED

                    Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 11, 2020, Judgment is entered in favor of Defendant, and this case is closed.

**Dated:** New York, New York

      May 11, 2020

                                                        **RUBY J. KRAJICK**
                                                    _____
                                                          **Clerk of Court**
                                       **BY:**
                                                          **Deputy Clerk**