**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand twenty-two,

Before:     Debra Ann Livingston,
                *Chief Judge*,
        Raymond J. Lohier, Jr.,
        Michael H. Park,
                *Circuit Judges,*

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: Jun 29 2022]

---

Marcos Calcano, on behalf of himself and all other persons similarly situated; Yovanny Dominguez, on behalf of himself and all other persons similarly situated; Braulio Thorne, on behalf of himself and all other persons similarly situated; James Murphy, on behalf of himself and all other persons similarly situated,

      Plaintiffs - Appellants,

v.

Swarovski North America Limited; Banana Republic, LLC; Jersey Mike's Franchise Systems, Inc.; The Art of Shaving-FL, LLC; Kohl's, Inc.,

      Defendants - Appellees.

**JUDGMENT**

Docket Nos. 20-1552(Lead), 20-1559(Con), 20-1588(Con), 20-1594(Con), 20-1608(Con).

---

The appeals in the above captioned case from judgments of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgments of the district court are AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/29/2022